UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 98-10884
Summary Calendar
_____


WILLIE RANDLE

                    Plaintiff - Appellant

    v.

TELECOMMUNICATIONS INC, also known as TCI Cablevision Dallas

                    Defendant - Appellee.


_____

Appeal from the United States District Court
for the Northern District of Texas
(3:97-CV-334-R)
_____

December 21, 1998

Before EMILIO M. GARZA, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

    Plaintiff-Appellant, Willie Randle (Randle), appeals from an adverse summary judgment dismissing his alleged race-based termination claim which he brought pursuant to Title VII of the Civil Rights Act of 1964, and the Texas Commission on Human Rights Act. The district court found that Randle established a prima

_____

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

facie case, but dismissed his action due to Randle's failure to produce competent summary judgment evidence raising a fact issue or demonstrating that Appellee's proffered legitimate, non-discriminatory reasons for Randle's discharge were a pretext for discrimination.  After a de novo review of the record, we conclude that the district court's conclusion is correct.  We affirm for the reasons set forth in Judge Buchmeyer's well reasoned and thorough Memorandum Opinion and Order dated June 26, 1998.

AFFIRMED.